In re Estate of Thomas F. Berry, Deceased. Francis Ortscheid and Joseph Kissem, Administrators De Bonis Non with Will Annexed of Estate of Thomas F. Berry, Deceased, Appellees, v. Thomas Berry, Jr., Appellant.

Gen. No. 9,927.

Heard in this court at the October term, 1943; opinion filed February 16, 1944. F. J. Campbell, for appellant; Nack & Nack, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.